UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:13–cv–04009–BRO–JCG            Date:   10/10/2013

Title:   DANIELLE ROBERTS ET AL V. NATIONWIDE MUTUAL INSURANCE COMPANY ET AL

Present: The Honorable  Beverly Reid O'Connell ,  U. S. District Judge

Deputy Clerk:   Renee Fisher
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:     **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

    On September 16, 2013, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on October 1, 2013.

    The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk: rfi